NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROKSOLIANA DACHNIWSKYJ,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent,*

AND

**THERESA DACHNIWSKYJ,**
*Intervenor.*

---

2011-3158

---

Petition for review of the Merit Systems Protection Board in case no. CH0831100439-I-1.

---

## ON MOTION

---

## ORDER

Before LOURIE, *Circuit Judge.*

The Office of Personnel Management ("OPM") moves to waive the requirements of Fed. Cir. R. 27(f) and remand this case to the Merit Systems Protection Board

with instructions to order reinstatement of OPM's decision awarding a survivor annuity to Roksoliana Dachniwskyj. Roksoliana Dachniwskyj consents. Theresa Dachniwskyj opposes.

We deem it the better course for the matter to be fully briefed and decided by a merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motions are denied.

(2) OPM's brief is due within 40 days from the date of filing of this order.

FOR THE COURT

**AUG 0 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Janice Lea Boback, Esq.
    Hillary A. Stern, Esq.
    Dmytro Kurywczak, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 1 2012

JAN HORBALY
CLERK